.MAX HOFFMAN et al., Appellants, *v.* ISAAC STEINAU et al., Respondents.

(Argued January 31, 1888; decided February 28, 1888.).

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 18, 1887, which reversed an order of Special Term, which denied a motion made by defendants for the repayment to them of moneys paid out for duties on the goods to recover possession of which this action was brought.

*Alex. Blumenstiel* for appellants.

*R. S. Newcombe* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.